UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **RATCHEK, RUSSELL RICHARD** | ) | Bankruptcy Case No. 15-82691 TML |
| **RATCHEK, SHARON GAIL** | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 29, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

RATCHEK, RUSSELL RICHARD
RATCHEK, SHARON GAIL
792 MARY ANN ST
WOODSTOCK, IL 60098

JASON K NIELSON
THE LAW OFFICES OF PETER FRANC
55 EAST MONROE ST. SUITE #3400
CHICAGO, IL 60603
*(Via ECF Electronic Transmission)*

RSM US LLP
5155 Paysphere Circle
Chicago, IL 60674

American InfoSource LP as agent for
TD Bank, USA
PO Box 248866
Oklahoma City, OK 73124-8866

IRS Priority Debt
Bankruptcy Dept.
PO Box 7346
Philadelphia, PA 19101

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

United Consumer Financial Services
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712


/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
sbalsley@bslbv.com