# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: RATCHEK, RUSSELL RICHARD | § | Case No. 15-82691-TML |
| RATCHEK, SHARON GAIL | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $14,400.00 *(without deducting any secured claims)* | Assets Exempt: $15,300.00 |
| Total Distribution to Claimants: $21,171.94 | Claims Discharged Without Payment: $77,073.22 |
| Total Expenses of Administration: $15,163.81 | |

3) Total gross receipts of $ 36,335.75 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $36,335.75 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $39,071.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,163.81 | 15,163.81 | 15,163.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 8,760.00 | 27,456.66 | 12,165.53 | 12,165.53 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 46,441.00 | 84,105.45 | 43,357.63 | 9,006.41 |
| **TOTAL DISBURSEMENTS** | $94,272.00 | $126,725.92 | $70,686.97 | $36,335.75 |

4) This case was originally filed under Chapter 7 on October 27, 2015. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/22/2018          By: /s/STEPHEN G. BALSLEY
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1325 Arlington Heights Rd. (8% interest) | 1110-000 | 36,335.75 |
| **TOTAL GROSS RECEIPTS** | | $36,335.75 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | 2 IRS Priority Debt Bankruptcy Dept. | 4110-000 | 39,071.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $39,071.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - STEPHEN G. BALSLEY | 2100-000 | N/A | 4,383.58 | 4,383.58 | 4,383.58 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 8,123.50 | 8,123.50 | 8,123.50 |
| Accountant for Trustee Fees (Trustee Firm) - RSM US LLP | 3310-000 | N/A | 2,456.55 | 2,456.55 | 2,456.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.16 | 19.16 | 19.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.45 | 57.45 | 57.45 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 21.12 | 21.12 | 21.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 52.14 | 52.14 | 52.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 50.31 | 50.31 | 50.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $15,163.81 | $15,163.81 | $15,163.81 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | IRS Priority Debt | 5800-000 | N/A | 15,291.13 | 0.00 | 0.00 |
| 2P-2 | IRS Priority Debt | 5800-000 | 8,760.00 | 12,165.53 | 12,165.53 | 12,165.53 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $8,760.00 | $27,456.66 | $12,165.53 | $12,165.53 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 443.00 | 644.08 | 644.08 | 133.79 |
| 2U | IRS Priority Debt | 7100-000 | N/A | 40,747.82 | 0.00 | 0.00 |
| 2U-2 | IRS Priority Debt | 7100-000 | N/A | 39,729.57 | 39,729.57 | 8,252.78 |
| 3 | MERRICK BANK | 7100-000 | 1,639.00 | 1,544.71 | 1,544.71 | 320.87 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 734.00 | 734.16 | 734.16 | 152.50 |
| 5 | United Consumer Financial Services | 7100-000 | 903.00 | 705.11 | 705.11 | 146.47 |
| NOTFILED | Neuralwatch Texas PLLC Bankruptcy Dept. | 7100-000 | 724.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding, LLC Bankruptcy Department | 7100-000 | 3,544.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Collectors Attn: Bankruptcy Dept. | 7100-000 | 93.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Collectors Attn: Bankruptcy Dept. | 7100-000 | 222.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Medical Center Dental Associates | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Collectors Attn: Bankruptcy Dept. | 7100-000 | 162.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas Bankruptcy Department | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Collectors Attn: Bankruptcy Dept. | 7100-000 | 192.00 | N/A | N/A | 0.00 |
| NOTFILED | MBB Attn: Bankruptcy Dept. | 7100-000 | 98.00 | N/A | N/A | 0.00 |
| NOTFILED | MBB Attn: Bankruptcy Dept. | 7100-000 | 115.00 | N/A | N/A | 0.00 |
| NOTFILED | MBB Attn: Bankruptcy Dept. | 7100-000 | 78.00 | N/A | N/A | 0.00 |
| NOTFILED | MBB Attn: Bankruptcy Dept. | 7100-000 | 91.00 | N/A | N/A | 0.00 |
| NOTFILED | MBB Attn: Bankruptcy Dept. | 7100-000 | 81.00 | N/A | N/A | 0.00 |
| NOTFILED | Kare Hospital Medicine LLC Bankruptcy Dept. | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | MEA Elk Grove Village Bankruptcy Dept. | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint C/O Enhanced Recovery CO L | 7100-000 | 299.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Suburban Urology Bankruptcy Dept. | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| NOTFILED | United Shockwave Therapy Bankruptcy Dept. | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | The URO Center Bankruptcy Dept. | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Home Mortgage Bankruptcy Dept that refuses | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Streamwood Bankruptcy Dept. | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | WOW Internet Cable Phone - 1 C/O Credit Management LP | 7100-000 | 854.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Volo Bankruptcy Dept | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/PAYPAL SMART CON Attn: Bankruptcy Dept. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Suburban Orthopedics Bankruptcy Dept. | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Radiological Consultants of Woodstock | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | Premier Pain Specialists Bankruptcy Dept. | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection SE Attn: Bankruptcy Dept. | 7100-000 | 1,960.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexius Medical Center Attn: Bankruptcy Department | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Suburban Lung Associates Bankruptcy Dept. | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Suburban Assoc in Opthamology | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Physicians Anesthesia Bankruptcy Dept. | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Radiology c/o Creditors Discount & | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Med Center Bankruptcy Deparmtent | 7100-000 | 1,862.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Hospital Attn: Bankruptcy Dept. | 7100-000 | 1,523.00 | N/A | N/A | 0.00 |
| NOTFILED | Alliance Laboratory Physicians | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | ATG Credit Attn: Bankruptcy Dept. | 7100-000 | 29.00 | N/A | N/A | 0.00 |
| NOTFILED | Barrington Orthopedic Specialists | 7100-000 | 50.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | ATG Credit<br>Attn: Bankruptcy Dept. | 7100-000 | 1,222.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Lutheran<br>Bankruptcy Dept. | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Adventist Glen Oaks Hospital<br>Bankruptcy Dept. | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Disposal<br>Bankruptcy Dept. | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| NOTFILED | Brookside Property Owners<br>Association | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank<br>Bankruptcy Dept. | 7100-000 | 1,131.00 | N/A | N/A | 0.00 |
| NOTFILED | Caliber HOME Loans, IN<br>Attn: Bankruptcy Dept. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Discount & A<br>Attn: Bankruptcy Dept. | 7100-000 | 86.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Discount & A<br>Attn: Bankruptcy Dept. | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Dermatology<br>Bankruptcy Dept. | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Household Financial<br>Corporatio | 7100-000 | 2,474.00 | N/A | N/A | 0.00 |
| NOTFILED | HFC<br>Attn: Bankruptcy Dept. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Discount & A<br>Attn: Bankruptcy Dept. | 7100-000 | 798.00 | N/A | N/A | 0.00 |
| NOTFILED | Compass Healthcare<br>Consultants | 7100-000 | 440.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital ONE BANK USA N<br>Attn: Bankruptcy Dept. | 7100-000 | 1,483.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank<br>Bankruptcy Dept. | 7100-000 | 1,272.00 | N/A | N/A | 0.00 |
| NOTFILED | Cardiovascular Associates<br>Bankruptcy Dept. | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Choice Laboratory Service<br>LLC | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Edison<br>Attn: System Credit/BK Dept | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast<br>C/O Credit Protection ASSO | 7100-000 | 351.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC BANK Nevada N.A.<br>C/O Midland Funding | 7100-000 | 458.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$46,441.00** | **$84,105.45** | **$43,357.63** | **$9,006.41** |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 15-82691-TML | **Trustee:** (330410)  STEPHEN G. BALSLEY |
| **Case Name:** RATCHEK, RUSSELL RICHARD | **Filed (f) or Converted (c):** 10/27/15 (f) |
| RATCHEK, SHARON GAIL | **§341(a) Meeting Date:** 12/03/15 |
| **Period Ending:** 01/22/18 | **Claims Bar Date:** 02/02/17 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 1325 Arlington Heights Rd. (8% interest) See Order to Sell entered February 8, 2017. | 34,153.00 | 34,153.00 | | 36,335.75 | FA |
| 2 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account - Chase | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account - HACU | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Books, Cds, DVDs | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Necessary Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Earrings, watch, costume jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Pension | 10,000.00 | 0.00 | | 0.00 | FA |
| 10 | Social Security Disability | Unknown | 0.00 | | 0.00 | FA |
| 11 | 2005 Scion TC | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | Family Pets | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Term Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Term Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 1970s Boat | 100.00 | 0.00 | | 0.00 | FA |
| **15** | **Assets**   Totals (Excluding unknown values) | **$48,553.00** | **$34,153.00** | | **$36,335.75** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Of Final Report (TFR):**    June 1, 2017          **Current Projected Date Of Final Report (TFR):**    August 26, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-82691-TML | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** RATCHEK, RUSSELL RICHARD | **Bank Name:** Rabobank, N.A. |
| RATCHEK, SHARON GAIL | **Account:** *****6566 - Checking Account |
| **Taxpayer ID #:** **-***0466 | **Blanket Bond:** $4,396,000.00  (per case limit) |
| **Period Ending:** 01/22/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/14/17 | {1} | Gary S. Christensen | Proportional Interest in Sale of Trust No. 2081 pursuant to Court Order entered Feburary 8, 2017 | 1110-000 | 36,335.75 | | 36,335.75 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.16 | 36,316.59 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.45 | 36,259.14 |
| 06/09/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2017 FOR CASE #15-82691, Bond #016018067 | 2300-000 | | 21.12 | 36,238.02 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.14 | 36,185.88 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.31 | 36,135.57 |
| 10/23/17 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $4,383.58, Trustee Compensation | 2100-000 | | 4,383.58 | 31,751.99 |
| 10/23/17 | 103 | RSM US LLP | Dividend paid 100.00% on $2,456.55, Accountant for Trustee Fees | 3310-000 | | 2,456.55 | 29,295.44 |
| 10/30/17 | 104 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $8,123.50, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 8,123.50 | 21,171.94 |
| 10/30/17 | 105 | American InfoSource LP as agent for | Dividend paid  20.77% on $644.08; Claim# 1; Filed: $644.08; Reference: | 7100-000 | | 133.79 | 21,038.15 |
| 10/30/17 | 106 | MERRICK BANK | Dividend paid  20.77% on $1,544.71; Claim# 3; Filed: $1,544.71; Reference: | 7100-000 | | 320.87 | 20,717.28 |
| 10/30/17 | 107 | Capital One Bank (USA), N.A. | Dividend paid  20.77% on $734.16; Claim# 4; Filed: $734.16; Reference: | 7100-000 | | 152.50 | 20,564.78 |
| 10/30/17 | 108 | United Consumer Financial Services | Dividend paid  20.77% on $705.11; Claim# 5; Filed: $705.11; Reference: | 7100-000 | | 146.47 | 20,418.31 |
| 10/30/17 | 109 | IRS Priority Debt | Combined Check for Claims#2U-2,2P-2 | | | 20,418.31 | 0.00 |
| | | | Dividend paid  20.77%        8,252.78 on $39,729.57;  Claim# 2U-2; Filed: $39,729.57 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%        12,165.53 on $12,165.53;  Claim# 2P-2; Filed: $12,165.53 | 5800-000 | | | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 36,335.75 | 36,335.75 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 36,335.75 | 36,335.75 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$36,335.75** | **$36,335.75** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-82691-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | RATCHEK, RUSSELL RICHARD | | Bank Name: | Rabobank, N.A. |
| | RATCHEK, SHARON GAIL | | Account: | ******6566 - Checking Account |
| Taxpayer ID #: | **-***0466 | | Blanket Bond: | $4,396,000.00   (per case limit) |
| Period Ending: | 01/22/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******6566 | 36,335.75 | 36,335.75 | 0.00 |
| | $36,335.75 | $36,335.75 | $0.00 |

{} Asset reference(s)

Printed: 01/22/2018 02:15 PM    V.13.32